IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VAN N. NGUYEN,
      Plaintiff,

vs.                              Case No.:  3:05cv447/LAC/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
      Defendant.
_____/

**REPORT AND RECOMMENDATION**

      This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability benefits (Doc. 1).  Pending is Defendant's Motion to Remand pursuant to sentence four of Title 42 U.S.C. § 405(g) (Doc. 20).  Defendant has certified that Plaintiff has no objection to this motion (*id.* at 1).

      Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."  42 U.S.C. § 405(g).  The Commissioner states that remand is appropriate to enable the Administrative Law Judge to:

> clarify the physical demands of Plaintiff's past relevant work and compare them to her residual functional capacity.  If warranted, the ALJ will obtain additional vocational evidence.  The ALJ will also be directed to obtain the subsequent claim file, associate the claim file with the current case, and issue a new decision on the associated claims.

(Doc. 20, Memorandum in Support at 1-2).

      Based upon the foregoing, this court concludes that good cause has been shown for remand.

Accordingly, it is respectfully **RECOMMENDED**:

1. That Defendant's Motion to Remand (Doc. 20) be **GRANTED** and the Commissioner's decision denying benefits be **REVERSED**.

2. That this case be **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

3. That Defendant be ordered to conduct proceedings in accordance with this Report and Recommendation.

4. That the Court enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

At Pensacola, Florida, this 23rd day of August 2006.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**