IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VAN N. NGUYEN,
       Plaintiff,

vs.                                 Case No.:  3:05cv447/LAC/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
       Defendant.
_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 23, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

       Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.     Defendant's Motion to Remand (Doc. 20) is **GRANTED** and the Commissioner's decision denying benefits is **REVERSED**.

       3.     This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4.      Defendant is ordered to conduct proceedings in accordance with the Report and Recommendation (Doc. 21).

5.      A final judgment is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** this 28th day of September, 2006.


s/L. A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**