IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VAN N. NGUYEN,
     Plaintiff,

vs.                                 Case No.:  3:05cv447/LAC/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
     Defendant.
_____/

## **O R D E R**

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 27, 2007. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

     Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion For Attorney Fees (Doc. 24) is granted as follows:

> Plaintiff's counsel, Byron A. Lassiter, Esquire, is entitled to recover fees in the amount of $1,500.00 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); the amount of attorney fees requested under the EAJA is reasonable; and the Commissioner is directed to pay counsel that amount.

**DONE AND ORDERED** this 21st day of February, 2007.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**